AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tracie Ann Harbison and Michael Llanos Jr. | ) | Case No. 3:23-mj-00210 |
| | ) | **SEALED** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 2023 and June 2023** in the county of **Multnomah** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances (Harbison and Llanos); |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm (Llanos only) |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Kurt M. Czerwien which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Kurt M. Czerwien, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:30 p.m.

Date: 12/14/2023

*Judge's signature* (Jolie A. Russo)

City and state: Portland, Oregon     Jolie A. Russo, United States Magistrate Judge
*Printed name and title*